IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION



__José Torres_____
_____
_____

(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

__Shelby County Jail_____
__Criminal Court Division 9__
__Amy Weirich_____

(Enter above the full name of the defendant
or defendants in this action.)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I. Previous Lawsuits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (X)

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit

      Plaintiffs: _____
                  _____

      Defendants: _____
                  _____
                  _____

      2. Court (if federal court, name the district; if state court, name the county): _____

      3. Docket Number: _____

      4. Name of judge to whom case was assigned: _____

      5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
      _____

      6. Approximate date of filing lawsuit: _____

      7. Approximate date of disposition: _____

Revised 4/18/08

II. Place of Present Confinement: Shelby County Jail
  A. Is there a prisoner grievance procedure in the institution?
    Yes (X) No ( )
  B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
    Yes (X) No ( )
  C. If your answer is Yes:
    1. What steps did you take? filled out three grievance forms for three different reasons.
    2. What was the result? Still have not got a response on two of the grievance. The one I did get response the completly lied about what happened.
  D. If your answer is No, explain why not: ___

III. Parties
  (In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)
  A. Name of Plaintiff Jose Torres
    Address 201 Poplar Ave. Memphis, Tn 38103

  (In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)
  B. Defendant _____ is employed as
    at 201 Poplar Memphis TN 38103 (Shelby County Jail)
  C. Additional Defendants: Criminal Court Division 9 and Amy Weirich

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

- (Tampering with My Mail) Per Ms. Hoit is responsible for items being taken out of my mail. Contents were not sent back and/or I was not notified of anything. This happened on March 20, 2014.
- Illegal Indictment, Fraud, Forgery. Criminal Court Division 9, W. Mark Ward and Prosecutors and Amy Weirich.
  (Reffering to Mary Thomas)

-2-

Revised 4/18/08

V.  Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want Justice. I want my freedom and I want to be felony free. I know inmates that have been released due to this Mary Thomas' situation and I have Proof. Something has to be done! I just want my freedom and get home to my Children and Family, And remain felony free.

VI.  Jury Demand

I would like to have my case tried by a jury. Yes (X) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this _____ day of __April__, 20__14__.

_____
(Signature of Plaintiff/Plaintiffs)

Revised 4/18/08